**Order entered July 17, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00872-CV

## IN RE FRESHPOINT DALLAS, INC. AND ARTURO CORONEL-NEGRETE, Relator

**Original Proceeding from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-12600**

## ORDER

Based on the Court's opinion of this date, we **DENY** relators' petition for writ of mandamus. We **DENY** as moot relators' motion for emergency stay pending this Court's consideration of the petition for writ of mandamus. We **ORDER** relators to bear the costs of this original proceeding.

/s/     KERRY P. FITZGERALD
JUSTICE